# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**ADAM SANCHEZ,**

Plaintiff,



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 05 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

V.    CASE NUMBER: 9:04-CV-1502

**J. COSTELLO; R. PROSSER;
T. HARDY; J. WITAKER,**

Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of defendants and against plaintiff for plaintiff's failure to comply with the Order of District Judge Gary L. Sharpe filed on March 2, 2005.

May 5, 2005                                **LAWRENCE K. BAERMAN**
DATE                                       CLERK

                                           _____
                                           (BY) DEPUTY CLERK